**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ELVIN ROMAN AND VICTOR SANCHEZ,

      Plaintiffs,

 v.

FSC CLEARWATER, LLC and FSC          CASE NO.:  6:16-cv-969-Orl-41DAB
CLEARWATER II, LLC,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiffs, ELVIN

ROMAN and VICTOR SANCHEZ and Defendants FSC CLEARWATER, LLC and FSC

CLEARWATER II, LLC, by and through the undersigned counsel hereby stipulate to this

dismissal of this action **with prejudice**.  The Parties hereby notify this Honorable Court

that they have no objections to this Court's Report and Recommendation (Dkt. 21).

Respectfully submitted this September 12, 2016.

| | |
|---|---|
| */s/ Luis A. Cabassa* | */s/ Kevin D. Zwetsch* |
| Luis A. Cabassa, Esq. | Kevin D. Zwetsch, Esq. |
| Bar No.:  0053643 | Bar No. 962260 |
| Wenzel Fenton Cabassa, P.A. | Ogletree, Deakins, Nash, |
| 1110 N. Florida Avenue, Suite 300 | Smoak & Stewart, P.A. |
| Tampa, Florida 33602 | 100 North Tampa Street, Suite 3600 |
| Telephone:  (813) 224-0431 | Tampa, Florida 33602 |
| Facsimile:  (813) 229-8712 | Telephone:  (813) 289-1247 |
| Email:  lcabassa@wfclaw.com | Facsimile:  (813) 289-6530 |
| Attorneys for Plaintiffs | Email:  kevin.zwetsch@ogletreedeakins.com |
| | Attorneys for Defendants |